UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:  CHAPTER 13
 CASE NO: 21-44250-lsg
Michael Douglas Tilley  JUDGE: Lisa S. Gretchko

_____/
 Debtor(s)

**STIPULATION TO EXTEND TIME TO FILE DOCUMENTS**

The undersigned parties agree to the entry of an Order Extending Time To File Documents as evidenced by the attached exhibit A.

/s/ David Wm. Ruskin_____  /s/ Paul J. Randel_____
DAVID Wm. RUSKIN (P26803)  PAUL J. RANDEL (P58419)
Chapter 13 Standing Trustee  Assistant US Trustee
1100 Travelers Tower  United States Department of Justice
26555 Evergreen Road  Office of the United States Trustee
Southfield, MI 48076-4251  211 W. Fort Street, Suite 700
(248) 352-7755  Detroit, MI 48226
 (313) 226-7999

/s/ John Z. Kallabat_____
John Z. Kallabat (P49891)
Attorney for Debtor(s)
Kallabat & Associates, P.C.
31000 Northwestern Hwy, Ste 201
Farmington Hills, MI 48334
(248) 647-6611
ecf@kallabatlaw.com

STIPULATION_EXTEND_TIME_FILE_DOCS_333.0818

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:  CHAPTER 13
 CASE NO: 21-44250-lsg
Michael Douglas Tilley  JUDGE: Lisa S. Gretchko

_____/
 Debtor(s)

**STIPULATED ORDER EXTENDING TIME TO FILE DOCUMENTS**

This matter having come before this Court pursuant to LBR 9006-1(a)(EDM), the Debtor, the United States Trustee and the Chapter 13 Trustee having stipulated to the entry of this Order allowing an extension of time to file one or more of the following (only those boxes check-marked apply):

■ **All the items below**

- ■ Summary of Schedules
- ■ Schedule(s) A – J
- ■ Statistical Summary of Certain Liabilities and Related Data
- ■ Statement of Financial Affairs
- ■ Statement of Current Monthly Income and Calculations of Commitment Period and Disposable Income (Official Form 22C1 and 22C2 "means test")
- ❑ Application to Pay Filing Fee In Installments
- ❑ Bankruptcy Petition Preparers Notice, Declaration and Signature
- ❑ Credit Counseling Certificate
- ❑ Credit Counseling Certificate – Joint Debtor
- ❑ Initial Statement About an Eviction Judgment Against You
- ❑ Tax ID
- ■ 2016(b) Statement
- ■ Chapter 13 Plan
- ■ Copies of all Payment advices or other evidence of payment received by the debtor(s) from any employer within 60 days before the filing of the petition
- ■ Payment Order
- ❑ Verified Companion Case Disclosure

and the court being sufficiently advised in the premises:

**NOW THEREFORE**, by agreement of the parties hereto:

**IT IS HEREBY ORDERED** that the Debtor(s) is/are granted an extension of time to file the above referenced documents to June 2, 2021, which is fourteen (14) calendar days prior to the §341 First Meeting of Creditors, presently scheduled for June 16, 2021.

**IT IS FURTHER ORDERED** that in the event Debtor(s) fail(s) to file or fail(s) to move for entry of an order further extending the filing time, the Trustee may submit to the Court an affidavit attesting to the failure to file the documents and the failure to file a motion extending time and the proceedings may be thereafter dismissed without further hearing or notice.

EXHIBIT A