# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**IN THE MATTER OF:**  Case No. 21-44250-lsg
Michael Douglas Tilley  Chapter 13
  Judge Lisa S. Gretchko

**Debtor(s)**
_____/

## ORDER ADJOURNING HEARING OTHER THAN §341 MEETING

**THIS MATTER** having come before the Court based on the stipulation of the parties as regards to the following, and the Court finding cause to grant the requested relief:

*(Only those boxes checked apply):*

☐ Motion to Dismiss Case  ☒ Plan Confirmation  ☐ Plan Modification
☐ Motion for Relief from Stay as to creditor: _____
☐ Motion for Loan Modification
☐ Objection to Proof of Claim #: _____  ☐ Other: _____

**IT IS HEREBY ORDERED** THE ABOVE REFERENCED MATTER(S) IS/ARE ADJOURNED FROM **September 30, 2021** TO **December 16, 2021** AT **10:00 a.m.**

**IT IS FURTHER ORDERED** *(only those boxes checked apply)*:

☐ Debtor shall be 100% current in plan payments, pursuant to the Trustee's records, on or before _____ .

☒ Debtor shall file and serve <u>an objection to the Michigan Department of Treasury proof of claim</u> on or before <u>November 1, 2021, if no amended proof of claim has been filed</u>.

☐ Debtor shall provide _____ to the Trustee on or before _____

☐ Other

**IT IS FURTHER ORDERED** *(only those boxes checked apply)*:

☒ If any of the above is not completed by the date specified, the case may be dismissed without further notice or hearing upon the filing by the Trustee of an affidavit of non-compliance.

☐ If any of the above is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an affidavit of non-compliance.

**Signed on September 29, 2021**

/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge

STIPULATION_ADJOURNING_HEARING_OTHER_THAN_341_MEETING_320.0221